Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant National Association of Independent Landlords, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SAMANTHA JOHNSON<br><br>            Plaintiff,<br><br>      v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC., and NATIONAL ASSOCIATION OF INDEPENDENT LANDLORDS, INC.,<br><br>            Defendants. | Case No. 3:19-CV-00661-JR<br><br>**DECLARATION OF TIMOTHY J. FRANSEN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

I, Timothy J. Fransen, hereby declare:

1.    I am the attorney representing defendant National Association of Independent Landlords, Inc. ("defendant") in this case.

2.    I was recently retained to represent defendant.

3.    I have not had an opportunity to review the file and to prepare an appropriate first appearance.

4.    Based on the proof of service on file with the court, defendant's first appearance is currently due on July 18, 2019.

5.    I have conferred with plaintiff's counsel, and plaintiff does not oppose an extension of defendant's time to respond to the complaint to August 16, 2019.

Page 1 -    **DECLARATION OF TIMOTHY J. FRANSEN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

6. Accordingly, defendant requests that the court extend the deadline for defendant to file its response to the complaint to August 16, 2019.

7. This motion is made in good faith and not for any improper purpose.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: July 17, 2019

*/s/ Timothy J. Fransen*
Timothy J. Fransen

Page 2 -   **DECLARATION OF TIMOTHY J. FRANSEN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**Cosgrave Vergeer Kester LLP**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DECLARATION OF TIMOTHY J. FRANSEN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address listed below:

Robert S. Sola
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201

Kelly D. Jones
Kelley D. Jones, Attorney at Law
819 SE Morrison Street, Suite 255
Portland, Oregon 97214
   Attorneys for Plaintiff

Nicholas J. Henderson
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, Oregon 97204
   Attorney for Defendant TransUnion Rental
   Screening Solutions, Inc.

DATED: July 17, 2019

*/s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 - **CERTIFICATE OF SERVICE**