UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


SAMANTHA JOHNSON

                                        Case No.:   3:19-cv-00661-JR
                    Plaintiff(s),

v.

TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,

and NATIONAL ASSOCIATION OF INDEPENDENT
                              Defendant(s).
LANDLORDS, INC.,
_____

### Fed. R. Civ. P. 26(a) Discovery Agreement

        Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated:   07/31/2019                         .


                        Signature:    /s/ Kelly D. Jones

            Name and Bar Number:    Kelly D. Jones; OSB No. 074217

                  E-mail Address:   kellydonovanjones@gmail.com

                      Firm Name:    The Law Office of Kelly D. Jones

                Mailing Address:    819 SE Morrison St., Suite 255

                City, State, Zip:    Portland, OR 97214

                    Attorney for:   Plaintiff

cc: Counsel of Record


[Rev. 01/2018]