**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail:  nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR  97204-3211
Telephone:  503-417-0508
Fax:  503-417-0528
Local Counsel for Defendant TransUnion Rental
Screening Solutions, Inc.

**Andrew M. Lehmann, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com
Counsel for Defendant TransUnion Rental
Screening Solutions, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **SAMANTHA JOHNSON,**<br>　　　　**Plaintiff,**<br>　vs.<br>**TRANSUNION RENTAL SCREENING SOLUTIONS, INC. and NATIONAL ASSOCIATION OF INDEPENDENT LANDLORDS, INC.,**<br>　　　　**Defendants.** | CASE NO. 3:19-cv-00661-JR<br><br>**NOTICE OF WITHDRAWAL OF PRO HAC VICE ADMISSION OF ANDREW M. LEHMANN** |

Comes now Andrew M. Lehmann and hereby notifies this Court of the withdrawal of his *pro hac vice* admission for Defendant TransUnion Rental Screening Solutions, Inc.  Pursuant to LR 83-11(b) & (c), TransUnion Rental Screening Solutions, Inc. will continue to be represented in this matter by James L. Policchio of the law firm of Schuckit & Associates, P.C. and Nicholas J. Henderson, Esq. of the law firm of Motschenbacher & Blattner, LLP.

Page 1 – **NOTICE OF WITHDRAWAL OF PRO HAC VICE ADMISSION OF ANDREW M. LEHMANN**

Respectfully submitted,

SCHUCKIT & ASSOCIATES, P.C.


*/s/ Andrew M. Lehmann*
**Andrew M. Lehmann, Esq.**
(Admitted *Pro Hac Vice*)
Telephone: 317-363-2400
**Lead Counsel for Defendant TransUnion Rental Screening Solutions, Inc.**

**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant TransUnion Rental Screening Solutions, Inc.**

Page 2 – **NOTICE OF WITHDRAWAL OF PRO HAC VICE ADMISSION OF ANDREW M. LEHMANN**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **1st day of November, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Robert S. Sola, Esq.<br>rssola@msn.com | Kelly D. Jones, Esq.<br>kellydonovanjones@gmail.com |
|---|---|
| Timothy J. Fransen, Esq.<br>tfransen@cosgravelaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **1st day of November, 2019** properly addressed as follows:

| None. | |
|---|---|

*/s/ Andrew M. Lehmann*
**Andrew M. Lehmann, Esq.**
(Admitted *Pro Hac Vice*)
Telephone: 317-363-2400
**Lead Counsel for Defendant TransUnion Rental Screening Solutions, Inc.**

Page 3 – **NOTICE OF WITHDRAWAL OF PRO HAC VICE ADMISSION OF ANDREW M. LEHMANN**