**ROBERT S. SOLA**
Oregon State Bar No. 844541
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201
Telephone (503) 295-6880
Facsimile (503) 243-4546
rssola@msn.com

**KELLY D. JONES**
Oregon State Bar No. 074217
Direct 503-847-4329
kellydonovanjones@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SAMANTHA JOHNSON**, | Case No. 3:19-cv-00661-JR |
| Plaintiff, | |
| v. | **NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** |
| **TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,** and **NATIONAL ASSOCIATION OF INDEPENDENT LANDLORDS, INC.,** | |
| Defendants. | |

All matters between the parties have been settled, therefore, IT IS HEREBY

STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties that that

this action is dismissed with prejudice and without an award of fees or costs to any party.

DATED:  April 20, 2020


s/ Robert S. Sola
Robert S. Sola
Oregon State Bar No. 844541
Attorney for Plaintiff


s/ Timothy J. Fransen
Timothy J. Fransen
Oregon State Bar Number 073938
Attorney for Defendant National Association of Independent Landlords, Inc.


s/ James L. Policchio
James L. Policchio
*Pro Hac Vice*
Attorney for Defendant Transunion Rental Screening Solutions, Inc.




Respectfully submitted,

s/ Kelly D. Jones
Kelly D. Jones
Oregon State Bar No. 074217
Direct 503-847-4329
kellydonovanjones@gmail.com


Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on all parties in this action upon

filing via the Court's Case Management/Electronic Case Files (CM/ECF) system.


Dated: April 20, 2020

<div style="margin-left: 40%;">

s/ Kelly D. Jones_____
Kelly D. Jones
Oregon State Bar No. 074217
Direct 503-847-4329
kellydonovanjones@gmail.com

Attorney for Plaintiff

</div>

Page 3 – NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE